JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEBADIAH JEROME COMB,<br><br>          Petitioner,<br><br>    v.<br><br>CYNTHIA SWAIN,<br><br>          Respondent. | Case No. CV 19-1473 FMO(JC)<br><br>JUDGMENT |

    IT IS ADJUDGED that the "Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 U.S.C. § 2241)" ("Petition") is construed as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 ("Section 2255 Motion") and that the Petition/Section 2255 Motion and this action be dismissed without prejudice for lack of jurisdiction.

    DATED: June 10, 2019

                                              _____/s/_____
                                              HONORABLE FERNANDO M. OLGUIN
                                              UNITED STATES DISTRICT JUDGE